United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 30, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-20445
Summary Calendar

JOSEPH YOUNG,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:03-CV-2265
---------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Joseph Young appeals the district court's decision affirming the denial of his application for disabled widower's insurance benefits. Young has also filed motions to subpoena medical records and to appoint a private investigator.

Young has failed to address the district court's determination that the Commissioner of Social Security's decision was supported by substantial evidence. Accordingly, this claim is deemed abandoned. See Brinkmann v. Dallas County Deputy

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Sheriff Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987).  Further, this court may not consider Young's claim that city, county, and state officials knowingly withheld relevant medical records because this claim was not presented to the district court.  <u>See</u> <u>Leverette v. Louisville Ladder Co.</u>, 183 F.3d 339, 342 (5th Cir. 1999).  Finally, Young's allegations of conspiracy, discrimination, and torture are not relevant to the district court's review of his disabled widower's claim.  Accordingly, the district court's judgment is AFFIRMED.  Young's motions to subpoena medical records and to appoint a private investigator are DENIED.

AFFIRMED; MOTIONS DENIED.